WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**TIFFENI BAKER-GRIFFIN**,                                    Case No. 3:11-cv-639-JE

    Plaintiff,

vs.                                                          ORDER

**COMMISSIONER of Social Security**,

    Defendant.

_____

    Attorney fees in the amount of $5,477.70 are hereby awarded to Plaintiff pursuant to the

Equal Access to Justice Act, 28 U.S.C. § 2412(d).  Subject to any offset allowed under the Treasury

Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O.

Box 370578, Las Vegas, NV 89137.  If no debt subject to offset exists, payment shall be made in

Tim Wilborn's name.

    DATED this 31st day of August, 2012.

                                           /s/ John Jelderks
                                       United States Magistrate Judge

Submitted on August 31, 2012 by:
s/ Tim Wilborn
TIM WILBORN, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff

ORDER - Page 1